230 A.2d 840.

ANTHONY MONIZ *vs.* JOHN J. HALL, *Director of Labor, Adm'r of the Second Injury Indemnity Fund.*

JUNE 21, 1967.

PRESENT: Roberts, C. J., Paolino, Powers, Joslin and Kelleher, JJ.

PER CURIAM. This case was argued with *Moniz* v. *F. D. McGinn, Inc.,* 102 R. I. 394, 230 A.2d 837, decided this day. The petitioner applied for the dependency benefits provided by G. L. 1956, §28-37-10, as amended, more than two years after he had ceased receiving payments under the provisions of the Rhode Island Temporary Disability Act. On identical facts we held in *DeCosta* v. *Devine,* 90 R. I. 240, 157 A.2d 247, that the two-year limitations period of §28-35-57, as amended, barred relief. No sound reason has been advanced for overruling.

The petitioner's appeal from a decree of the workmen's compensation commission affirming the action of the trial commissioner in refusing relief is denied and dismissed, the decree appealed from is affirmed, and the cause is remanded to the workmen's compensation commission for further proceedings.

*Abraham Goldstein,* for petitioner.

*J. Joseph Nugent,* Attorney General, *Joseph L. Breen,* Special Assistant Attorney General, for respondent.